**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                               **4:05CR00039-01-BRW**

**FOLANDA MICHELLE WILLIAMS**

### ORDER

Defendant's unopposed Motion for Early Termination of Supervision (Doc. No. 170) is GRANTED, and her supervised release is hereby terminated.

IT IS SO ORDERED this 12th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE